## UNITED STATES v. NINE BOXES OF ASAFŒTIDA.

(District Court, E. D. Pennsylvania.   September 19, 1910.)

### No. 8.

Libel by the United States for the condemnation of nine boxes of asafœtida. Dismissed.

Jasper Yeates Brinton, for the United States.
James Collins Jones, for respondent.

HOLLAND, District Judge.   The facts in this case are substantially the same as those upon which the case of United States of America v. Five Boxes of Asafœtida (No. 7 of 1910) 181 Fed. 561, was determined.

For the reasons stated in the opinion filed in that case, the libel in this case is dismissed, and the government is directed to return to the claimants the nine boxes of asafœtida seized under the attachment.